# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 20, 2026
Lyle W. Cayce
Clerk

No. 24-50564

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

PETER VILLA CORDOVA,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:24-CR-31-1

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT