# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 14, 2026

Ms. Lauren Tanner Bradley
U.S. Attorney's Office
Western District of Texas
903 San Jacinto Boulevard
Suite 334
Austin, TX 78701

Mr. William A. Glaser
U.S. Department of Justice
Criminal Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Lane Andrew Haygood
Kamerman, Uncyk, Soniker & Klein, P.C.
1700 Broadway
16th Floor
New York, NY 10019

Mr. Zachary Carl Richter
U.S. Attorney's Office
Western District of Texas
903 San Jacinto Boulevard
Suite 334
Austin, TX 78701

No. 24-50564 USA v. Cordova
USDC No. 7:24-CR-31-1

Dear Counsel,

Enclosed is the court's order filed this date directing this case be reheard en banc with oral argument.

Under Fifth Circuit Local Rule 41.3 this order vacates the previous opinion and judgment of this court and stays the mandate.

The date and time of oral argument will be announced at a later date. Counsel for the parties will receive adequate notice as to the exact date and time for the presentation of the oral argument.

Appellants will have until October 14, 2026, to file an en banc brief and the Appellees' en banc brief is due on November 13, 2026. You will be requested to furnish 22 paper copies of your en banc brief after the electronic filing is reviewed and processed. The color of the cover on your en banc brief will be the same as the color of the cover on your merits brief (blue for the appellant and red for the appellee).

Unless directed otherwise, principal brief rules apply to en banc grants and supplemental briefs requested by the court.

Additionally, reply briefs are not allowed when cases are granted en banc unless you have leave of court.

We request that the parties forward 22 copies of their previously filed merits briefs and record excerpts, for the use of the en banc court. As you did previously, we request that all copies be spirally bound. These additional copies are due in the Clerk's Office by September 29, 2026. Copies of Amicus briefs are not required.

Please contact me if you have any questions.

Sincerely,

LYLE W. CAYCE, Clerk

By: ____________________________
Peter A. Conners, Deputy Clerk
504-310-7685